# MATTHEW FLAMM

ATTORNEY AND COUNSELLOR AT LAW

26 COURT STREET, SUITE 600

BROOKLYN, NEW YORK 11242

matthewflamm@msn.com

(718) 797-3117    FAX (718) 522-2026

**MEMO ENDORSED**

April 4, 2008

The Honorable William H. Pauley
United States District Court
500 Pearl Street
New York, New York 10007

Re:    <u>Jose Morales v. City of New York and Others</u>
       07-CV-9433 (WHP)

Your Honor:

I represent plaintiff in this §1983 police misconduct suit.

<u>Plaintiff respectfully requests that the April 18, 2008 initial pretrial conference be adjourned for approximately six weeks, to a date in early-June 2008.</u>

By letters dated February 8 and February 25, 2008, plaintiff asked that, due to the ongoing criminal prosecution the resolution of which will have a significant impact on the claims and defenses, the initial pretrial conference be adjourned without date and this proceeding stayed and placed on the suspense docket pending the outcome of the underlying prosecution. Your Honor adjourned the initial conference to April 18.

The February 25 letter, a copy of which is attached hereto for the Court's convenience, reported that the criminal trial was scheduled to begin on February 28. Trial was subsequently adjourned but commenced on April 3, 2008 and is expected to last about two weeks, to April 18.

Because the criminal charges are not yet resolved, plaintiff asks that the initial pretrial conference be adjourned.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

Enc.  4/14/08

Respectfully submitted,

Matthew Flamm

*The initial pre-trial conference is adjourned to June 4, 2008 at 9:45 a.m.*