UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOSE A. MORALES,

                      Plaintiff,              NOTICE OF DISMISSAL
                                            07 CV 9433 (WHP) (FM)

              - against -

THE CITY OF NEW YORK, DOMINICK
DESIERVI and JASON JEREMIAH, employees
of the New York City Police Department

                      Defendants.

----------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned, attorney for plaintiff herein, hereby dismisses this action pursuant to Fed.R.Civ.P. R.41(a)(1)(i).

Dated: May 6, 2008
       Brooklyn, New York

                                                  _____
                                                  MATTHEW FLAMM **MF1309**
                                                  Attorney for Plaintiff
                                                  26 Court Street, Suite 600
                                                  Brooklyn, New York  11242
                                                  (718) 797-3117