RECEIVED MAY 9 2008 CHAMBERS WILLIAM H. PAULEY U.S.D.J.

USDC SDNY
DOCUMENT Pauley 13
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JOSE A. MORALES,

                        Plaintiff,

- against -

THE CITY OF NEW YORK, DOMINICK
DESIERVI and JASON JEREMIAH, employees
of the New York City Police Department

                        Defendants.

---------------------------------------------------------------x

NOTICE OF DISMISSAL
07 CV 9433 (WHP) (FM)

      PLEASE TAKE NOTICE that the undersigned, attorney for plaintiff herein, hereby dismisses this action pursuant to Fed.R.Civ.P. R.41(a)(1)(i).

Dated: May 6, 2008
       Brooklyn, New York

                                      MATTHEW FLAMM MF1309
                                      Attorney for Plaintiff
                                        26 Court Street, Suite 600
                                        Brooklyn, New York 11242
                                        (718) 797-3117

                               SO ORDERED:

                               U.S.D.J.
                               5/9/08